**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-7368**

_____

FREDERICK BANKS,

               Petitioner - Appellant,

     v.

DONALD J. TRUMP; IVANKA TRUMP; JEFF SESSIONS; STEVE BANNON; PAUL RYAN; MITCH MCCONNELL; NANCY PELOSI; CHARLES SCHUMER; DR. CAHILL; DR. ALLISSA MARQUEZ; DR. LOGAN GRADDY; DR. HEATHER ROSS; DR. ROBERT WETTSTEIN; JUDGE MARK HORNAK; ROBERT CESSAR; ADRIAN ROE; CHRISTOPHER ASHER WRAY; SCOTT SMITH; ROBERT WERNER; SEAN LANGFORD; FELICIA LANGFORD; JOY FLOWERS CONTI; NORA FISCHER; CATHY BISSOON; MIKE POMPEO; CENTRAL INTELLIGENCE AGENCY; GOVERNOR OF NORTH CAROLINA; GOVERNOR OF PENNSYLVANIA; MIKE PENCE; SUPREME COURT OF THE UNITED STATES; JOHN ROBERTS; US MARSHAL SERVICE; UNITED STATES OF AMERICA,

               Respondents - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (5:17-ct-03060-BO)

_____

Submitted: January 30, 2018             Decided: February 2, 2018

_____

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Frederick Hamilton Banks, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frederick Banks challenges the district court's order dismissing—under the Prison Litigation Reform Act, 28 U.S.C. § 1915 (2012)—what it construed to be an action under *Bivens v. Six Unknown Fed. Narcotics Agents*, 403 U.S. 388 (1971). The district court also recognized that to the extent Banks sought release from custody pursuant to 28 U.S.C. § 2241 (2012), Banks failed to exhaust his available remedies. Banks challenges on appeal only the district court's exhaustion holding, *see* 4th Cir. R. 34(b), which we conclude is correct. Accordingly, we grant Banks' application to proceed in forma pauperis and affirm. *See Banks v. Trump*, No. 5:17-ct-03060-BO (E.D.N.C. Sept. 27, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*